964

James W. HOWDER, Appellant, v. IS-BRANDTSEN COMPANY, Inc. Appellee.

No. 65, Docket 21431.

United States Court of Appeals Second Circuit.

Argued Jan. 30, 1950.

Decided Feb. 16, 1950.

Samuel Morris, New York City, for appellant.

Xavier N. Sardaro, New York City, Corydon B. Dunham, New York City, for appellee.

Before L. HAND, SWAN and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below.[1]

UNITED STATES of America v. James Edgar LOWREY, Appellant.

No. 10073.

United States Court of Appeals Third Circuit.

Argued Feb. 6, 1950.

Decided Feb. 16, 1950.

Albert B. DeSalardi, Pittsburgh, Pa., for appellant.

Edward C. Boyle, U. S. Attorney, Pittsburgh, Pa., for appellee.

Before GOODRICH, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

This case is before us again following further hearing by the District Court after our remand. See United States v. Lowrey, 3 Cir., 1949, 172 F.2d 226. The appellant has been represented by diligent and conscientious counsel who has put his heart as well as his time into the appeal. We do not find, however, any basis on which the defendant should be either freed or further proceedings ordered.

The judgment of the court below, 84 F. Supp. 804, will be affirmed.

UNITED STATES of America ex rel. Bartolomeo VERNI, Relator-Appellant, v. DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION AT PORT OF NEW YORK, Respondent-Appellee.

UNITED STATES of America ex rel. Domenic NOVIELLI, Relator-Appellant, v. DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION AT PORT OF NEW YORK, Respondent-Appellee.

Nos. 189-190, Docket 21610-21611.

United States Court of Appeals Second Circuit.

Argued Feb. 28, 1950.

Decided Feb. 28, 1950.

Cox & Calie, New York City (Arnold J. Calie, New York City, of counsel), for relators-appellants.

Irving H. Saypol, U. S. Atty., New York City, for respondent.

Before L. HAND, GOODRICH and FRANK, Circuit Judges.

PER CURIAM.

Orders affirmed in open court as to Verni and Novielli without hearing other side.

1. No District Court opinion for publication.